**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 25-509** |
| **ELIJAH GRAY** | : | |

**O R D E R**

AND NOW, upon consideration of the parties' joint motion for a 90-day continuance of the sentencing hearing, currently scheduled for _____, it is HEREBY ORDERED that the motion is GRANTED. Sentencing is now scheduled for _____.

BY THE COURT:

_____
HONORABLE NITZA I. QUIÑONES ALEJANDRO
United States District Court Judge

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **v.** | **:** | **CRIMINAL NO. 25-509** |
| **ELIJAH GRAY** | **:** | |

### JOINT MOTION TO CONTINUE SENTENCING HEARING

On December 19, 2025, the defendant, Elijah Gray, pleaded guilty to Count One of an information, charging him with bribery in sporting contests, and aiding and abetting, in violation of 18 U.S.C. § 224 and 2. This Court has scheduled sentencing for March 18, 2026.  Due to the ongoing nature of this prosecution, particularly including the related indictment, *United States v. Jalen Smith, et al*., Criminal Number 26-23, the parties jointly request a 90-day continuance of the sentencing date. Counsel for the defendant, Lonny Fish, Esquire, has authorized the government to represent to this Court that the defendant joins in this motion.

Respectfully submitted,

DAVID METCALF
United States Attorney


*/s/ Louis D. Lappen*
LOUIS D.  LAPPEN
JEROME M. MAIATICO
Assistant United States Attorneys

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this date I caused a true and correct copy of the foregoing Motion to Continue Sentencing Hearing to be served by e-mail upon the following counsel for the defendant:

Lonny Fish, Esq.
225 Wilmington-Westchester Pike
Suite 202
Chadds Ford, PA 19137
Lonny@libertylawteam.com

*/s/ Louis D. Lappen*
LOUIS D. LAPPEN
Assistant United States Attorney

Date: March 11, 2026